MARGOT J. KENOCK, an Infant, by JACK KENOCK, Her Guardian ad Litem, et al., Appellants, v. BOARD OF EDUCATION OF CENTRAL SCHOOL DISTRICT No. 1 OF THE TOWN OF OAKFIELD and Other Towns, et al., Respondents.— Judgments affirmed, without costs of this appeal to any party. All concur. (Appeal from two judgments for defendants in an action for damages for personal injuries sustained by infant plaintiff due to alleged negligence in supervision of school children.)  Present — Taylor, P. J., McCurn, Vaughan, Kimball and Wheeler, JJ.

CONCETINA MARINARO, Appellant, v. CITY OF ROCHESTER, Respondent.— Judgment affirmed, with costs. All concur. (Appeal from a judgment dismissing the complaint in an action for damages for personal injuries alleged to have been sustained by plaintiff as the result of a fall on a sidewalk on a public street in defendant city.)  Present — Taylor, P. J., McCurn, Vaughan, Kimball and Wheeler, JJ.

ROSS MARINARO, Appellant, v. CITY OF ROCHESTER, Respondent.— Same decision and like cause of action as in companion case of *Marinaro* v. *City of Rochester* (*ante*, p. 1073, decided herewith).  Present — Taylor, P. J., McCurn, Vaughan, Kimball and Wheeler, JJ.

ERIE COUNTY WATER AUTHORITY, Respondent, v. WESTERN NEW YORK WATER COMPANY et al., Defendants, and NEW YORK WATER SERVICE CORPORATION, Appellant.— Order insofar as appealed from affirmed, with $10 costs and disbursements. All concur. (Appeal from part of an order providing for payment of only $10 costs on discontinuance as to defendant New York Water Service Corporation, and failing to provide for an oral hearing to determine the terms to be imposed for such discontinuance.)  Present — Taylor, P. J., McCurn, Vaughan, Kimball and Piper, JJ.

LUCY LIPPOLDT et al., Respondents, v. LAUBE ELECTRIC CORPORATION, Appellant.— Order affirmed, with $10 costs and disbursements. All concur. (Appeal from an order granting plaintiff's motion for an examination of defendant before trial.)  Present — Taylor, P. J., McCurn, Vaughan, Kimball and Piper, JJ.

JAMES BADAME et al., Respondents, v. STATE OF NEW YORK, Appellant. (Claim No. 31380.) — Order modified on the law and facts as follows: by changing the word "by" in the sixth line of subdivision 4 of the first ordering paragraph to "to"; by striking from the second ordering paragraph thereof the following words: "and any other books or papers or reports containing information concerning the matters involved in this proceeding"; by changing the word "by" in the eighth line of the second ordering paragraph to "to"; and as modified affirmed, without costs of this appeal to any party. All concur. (Appeal from an order granting claimant's motion for an examination of defendant before trial through an examination of certain officers and employees.) Present — Taylor, P. J., Vaughan, Kimball, Piper and Wheeler, JJ.